# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:04CV00969 |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| **NANCY BUTTNER, et al.** | : | PLAINTIFF |
| **(Specifically, Virginia Manwaring)** | : | |
| | : | |
| v. | : | |
| | : | DEFENDANTS |
| **WYETH, INC., et. al.** | | |

## ORDER

Pending is Defendant United Research Laboratories Motion for Summary Judgment (Doc. No. 29). Plaintiff Virginia Manwaring has not responded and the time for doing so has passed.

Accordingly, Defendant United Research Laboratories Motion for Summary Judgment (Doc. No. 29) is GRANTED. Since Plaintiff Virginia Manwaring was the only plaintiff with claims against United Research Laboratories, Defendant United Research Laboratories is DISMISSED.

IT IS SO ORDERED this 15th day of September, 2008.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE